UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\- - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL G. LEBLANC

Defendant.
______________________________/

No. 2:00-CR-9

Hon. Robert Holmes Bell
Chief Judge

**GOVERNMENT'S BRIEF IN SUPPORT**

The Child Victims' and Child Witnesses' Rights Act requires that all documents containing the name of a victim of child sexual abuse be kept under seal. 18 U.S.C. § 3509(d)(2).[1] That act also gives a district court the authority to seal portions of the court record which would disclose the child/victim's identity. In order to implement the intent of this act, the United States requests that the sealed documents be maintained under seal until December 31, 2014, at which time the child/victim shall have attained her eighteenth birthday.

Respectfully submitted,

MARGARET M. CHIARA
United States Attorney

Dated: February 8, 2005

/s/ Michael A. MacDonald
MICHAEL A. MACDONALD
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

[1] (2) Filing under seal.--All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court--
(A) the complete paper to be kept under seal; and
(B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.